UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-01798-FMC-SSx | Date | June 2, 2009 |
|---|---|---|---|
| Title | Hubei Gezhouba Sanlian Industrial Co Ltd et al v. Robinson Helicopter Company Inc | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER/RULING(S) ON DEPOSITION TESTIMONY (In Chambers)

The Court issues the following rulings on the parties' objections to deposition testimony.

The following objections are sustained. All other objections are overruled:

*Deposition of Shen Xiangman*:

Defendant's Objections:

> Page 9: 25 - 10:20
> Page 10: 24 - 11:1
> Page 23: 18 - 24:16
> Page 39: 4-8
> Page 95: 15-25

*Deposition of Richard Hamilton*:

Defendant's Objections:

> Page 20: 18-21

Plaintiffs' Objections:

> All overruled.

| | : | N/A |
|---|---|---|
| | Initials of Preparer | AM |