1

2

3

4                                                        JS - 6

5

6

7                   UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9   HUBEI    GEZHOUBA    SANLIAN)        2:06-cv-01798-FMC-SSx
    INDUSTRIAL CO., LTD., a company)
10  located in Hubei Province, People's)
    Republic of China               )
11                                   )        JUDGMENT
    and                             )
12                                   )
    HUBEI PINGHU CRUISE CO., LTD.,)
13  a company located in Hubei Provence,)
    People's Republic of China      )
14                                   )
                  Plaintiffs,        )
15                                   )
    vs.                             )
16                                   )
17                                   )
    ROBINSON HELICOPTER             )
18  COMPANY, INC., a California     )
    corporation,                    )
19                                   )
                  Defendant.        )
20  _____)

21        The bench trial in the above-captioned case between plaintiffs Hubei

22  Gezhouba Sanlian Industrial Co., Ltd. and Hubei Pinghu Cruise Co., Ltd.

23  (collectively "plaintiffs") and defendant Robinson Helicopter Company, Inc.

24  ("defendant") was held in this Court on June 2 and 3, 2009, the Honorable Florence-

25  Marie Cooper presiding.  Plaintiffs were represented by their counsel of record,

26  Frank C. Rothrock and Eva M. Weiler of Shook, Hardy & Bacon L.L.P.  Defendant

27  was represented by its counsel of record, Gary Lorch of Gordon & Reese, L.L.P. and

28  Tim A. Goetz.

Based on the papers submitted by the parties, oral argument, testimony, and evidence admitted during trial, the Court hereby finds **IN FAVOR OF PLAINTIFFS** and **AGAINST DEFENDANT**. As stated in its Findings of Fact and Conclusions of Law filed in this case on July 22, 2009, the Court holds the Judgment of the Higher People's Court of Hubei Province ("Higher Court") issued December 10, 2004 in favor of plaintiffs Hubei Gezhouba Sanlian Industrial Co., Ltd. and Hubei Pinghu Cruise Co., Ltd. and against defendant Robinson Helicopter Company, Inc. in *Hubei Gezhouba Sanlian Industrial Co., Ltd., et al. v. Robinson Helicopter Company, Inc.*, Case No. (2001) E-Min-Si-Chu-1 ("PRC Judgment") was final, conclusive, and enforceable under the laws of the People's Republic of China. Plaintiffs are hereby entitled to the issuance of a domestic judgment in this action in the amount of the PRC Judgment, with interest calculated as set forth in PRC Judgment . The awarded amounts are as follows:

| | | |
|---|---|---|
| 1. | For plaintiff Hubei Gezhouba Sanlian Industrial Co., Ltd. | $1,875,294.03 (Award from PRC Judgment paragraphs 1 and 2, plus simple interest through August 12, 2009), plus post-judgment interest accruing pursuant to 28 U.S.C. § 1961.[1] |
| 2. | For plaintiff Hubei Gezhouba Sanlian Industrial Co., Ltd. | $37,000.00 (PRC Judgment's award of attorneys' fees), plus post-judgment interest accruing pursuant to 28 U.S.C. § 1961. |
| 3. | For plaintiff Hubei Pinghu Cruise Co., Ltd. | $4,531,569.02 (Award form PRC Judgment paragraph 4, plus interest through August 12, 2009), plus post-judgment interest accruing pursuant to 28 U.S.C. § 1961. |

---

[1] Per 28 U.S.C. § 1961, post-Judgment interest is to be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment and shall be computed daily to the date of payment and compounded annually.

**TOTAL AWARD**
(for plaintiff Hubei
Gezhouba Sanlian
Industrial Co., Ltd.)              **$1,912,294.03**

**TOTAL AWARD**
(for plaintiff Hubei
Pinghu Cruise Co.,
Ltd.)                              **$4,531,569.02**

Plaintiffs shall also be awarded their costs fo suit pursuant to the Bill of Costs to be entered by this Court, in the amount of $_____.


**IT IS SO ORDERED**.


DATED this <u>12th</u> day of August 2009.


_____
FLORENCE-MARIE COOPER
United States District Court Judge

3